No. 95-1247. ROSENBERG, INDIVIDUALLY, AND AS ADMINISTRATRIX OF THE GOODS OF ROSENBERG, DECEASED *v.* WACHT-

LER ET AL. C. A. 2d Cir. Certiorari denied. 